UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT ROMAN,<br><br>                *Plaintiff,*<br>v.<br><br>NASA, *et al.,*<br><br>                *Defendants*. | Civil Action No. 25-2862 (ACR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Saifuddin K. Kalolwala on behalf of all Defendants in the above-captioned case.

Dated: December 8, 2025

                                      Respectfully submitted,

                                      By: */s/ Saifuddin K. Kalolwala*
                                            SAIFUDDIN K. KALOLWALA
                                            Assistant United States Attorney
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            Telephone: (202) 252-2550
                                            Saifuddin.Kalolwala@usdoj.gov

                                        *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I caused a Notice of Appearance of Counsel to be served by United States mail, postage prepaid, upon:

**GILBERT ROMAN**
950 Woodlark Dr.
Haines City, FL 33844

By: /s/ *Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney